UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff and Judgment Creditor,<br><br>    v.<br><br>GERALD ORLANDO GARCIA,<br><br>    Defendant and Judgment Debtor. | No. 1:21-mc-00042-DAD-EPG<br><br>ORDER TERMINATING WAGE GARNISHMENT<br><br>(Doc. No. 10) |
| HOME DEPOT U.S.A., INC.,<br><br>    Garnishee. | |

    This matter is before the court on plaintiff United States' application for an order terminating wage garnishment. (Doc. No. 10.) As set forth in plaintiff's application, the United States garnished defendant Garcia's wages from his employer, Home Depot U.S.A., Inc. (*Id.*) The United States now requests that the writ of wage garnishment be terminated because defendant Garcia and the United States have agreed to a voluntary repayment plan. (*Id.*)

    Good cause appearing from the review of the court files and the United States' application for an order terminating wage garnishment, the United States' application (Doc. No. 10) will be granted. The writ of garnishment issued against Gerald Orlando Garcia is hereby terminated

pursuant to 28 U.S.C. § 3205(c)(10)(A).  Any funds currently held by garnishee Home Depot U.S.A., Inc. pursuant to the writ shall be released to defendant Garcia.  The Clerk of the Court is directed to close this miscellaneous case.

IT IS SO ORDERED.

Dated:   **July 29, 2021**     /s/ Dale A. Drozd

UNITED STATES DISTRICT JUDGE